UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10906-GAO

PAUL F. SHEDLOCK,
Plaintiff,

v.

DAVID REGO,
Defendant.

ORDER
December 6, 2019

O'TOOLE, S.D.J.

The Court is unable to review the DVD that the defendant filed in support of his Motion for Summary Judgment in its current format (dkt. no. 56). The defendant is therefore ordered to re-submit the video file in either .mov or .mp4 format by January 3rd, 2020.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge