# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 1:17cv10906-GAO

Paul F. Shedlock,
**Plaintiff**

v.

Kenneth Cholette et al,
**Defendant**

## Order of Dismissal

O'Toole, D.J.

In accordance with the Opinion and Order [64] dated 3/09/2020 it is hereby ORDERED that the above-entitled action is DISMISSED.

By the Court,

/s/ Taylor Halley
Deputy Clerk

3/9/2020